UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>PRIME PROPERTIES, et al.,<br>　　　　　Defendants. | Case No.  20-cv-04913-SVK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Scott Johnson ("Plaintiff") filed a Complaint against Defendants Prime Properties and H & M Auto Repairs & Services Inc. ("Defendants").  Dkt. 1.  Plaintiff served Defendants on August 16, 2020 and August 28, 2020, respectively.  Dkts. 8, 9.  Under General Order No. 56, within 42 days from the joint site inspection or settlement meeting, the Parties were to file either the form Notice of Settlement of ADA Access Case or the form Notice of Need for Mediation and Certification of Counsel.  As of the date of this order, the Parties have not filed either form.

Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file either a dismissal or a response to this order by **April 20, 2021** and both Parties shall appear at the Order to Show Cause hearing set for **April 27, 2021 at 1:30 p.m.**

**SO ORDERED.**

Dated: April 6, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge