UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PRIME PROPERTIES, et al.,<br><br>        Defendants. | Case No. 20-cv-04913-SVK<br><br>**ORDER CONTINUING OSC HEARING RE SETTLEMENT**<br><br>Re: Dkt. No. 27 |

The Parties request that the OSC hearing be continued. Dkt. 27. All previously-scheduled deadlines and appearances are vacated.

By **December 9, 2021**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **December 16, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **December 9, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: August 19, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge